Michael P. Sandonato (*pro hac vice upcoming*)
msandonato@fchs.com
John D. Carlin (*pro hac vice upcoming*)
jcarlin@fchs.com
Natalie Lieber (*pro hac vice upcoming*)
nlieber@fchs.com
Christopher M. Gerson (*pro hac vice upcoming*)
cgerson@fchs.com
Jonathan M. Sharret (*pro hac vice upcoming*)
jsharret@fchs.com
Daniel A. Apgar (*pro hac vice upcoming*)
dapgar@fchs.com

Robert S. Pickens (*pro hac vice upcoming*)
rpickens@fchs.com
Sean M. McCarthy (*pro hac vice upcoming*)
smccarthy@fchs.com
Jaime F. Cardenas-Navia (*pro hac vice upcoming*)
jcardenas-navia@fchs.com
Joyce L. Nadipuram (*pro hac vice upcoming*)
jnadipuram@fchs.com
Caitlyn N. Bingaman (*pro hac vice upcoming*)
cbingaman@fchs.com
Julian G. Pymento (*pro hac vice upcoming*)
jpymento@fchs.com

FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ACER INC., ACER AMERICA CORPORATION,<br><br>Defendants. | Case No. 4:18-cv-01885-HSG<br>(and related cases)<br><br>**NOTICE OF CHANGE OF COUNSEL** |

MICROSOFT CORPORATION,

        Intervenor-Plaintiff,

  v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants.

---

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants/Counterclaim Plaintiffs in Intervention

  v.

MICROSOFT CORPORATION

        Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

        Counterclaim Defendant in Intervention

---

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Plaintiffs,

  v.

ASUSTEK COMPUTER INC.,
ASUS COMPUTER INTERNATIONAL,

        Defendants.

Related Case No. 4:18-cv-01886-HSG

| | |
|---|---|
| MICROSOFT CORPORATION, | |
|         Intervenor-Plaintiff, | |
| v. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
|         Intervenor-Defendants. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
|         Intervenor-Defendants/Counterclaim Plaintiffs in Intervention | |
| v. | |
| MICROSOFT CORPORATION | |
|         Intervenor-Plaintiff/Counterclaim Defendant in Intervention | |
| AND | |
| MICROSOFT MOBILE INC. | |
|         Counterclaim Defendant in Intervention | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | Related Case No. 4:18-cv-01887-HSG |
|         Plaintiffs, | |
| v. | |
| HTC CORP., HTC AMERICA, INC., | |
|         Defendants. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br> v.<br><br>VISUAL LAND INC.,<br><br>    Defendants. | Related Case No. 4:18-cv-01888-HSG |

MICROSOFT CORPORATION,

    Intervenor-Plaintiff,

 v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

    Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

    Intervenor-Defendants/Counterclaim Plaintiffs in Intervention

 v.

MICROSOFT CORPORATION

    Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

    Counterclaim Defendant in Intervention

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>              Plaintiffs,<br><br>     v.<br><br>DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., SHENZEN ZOWEE TECHNOLOGY CO., LTD.,<br><br>              Defendants. | Related Case No. 4:18-cv-01889-HSG |

MICROSOFT CORPORATION,

        Intervenor-Plaintiff,

   v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants/Counterclaim Plaintiffs in Intervention

   v.

MICROSOFT CORPORATION

        Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

        Counterclaim Defendant in Intervention

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>        Defendants. | Related Case No. 4:18-cv-01890-HSG |

MICROSOFT CORPORATION,

        Intervenor-Plaintiff,

  v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants/Counterclaim Plaintiffs in Intervention

  v.

MICROSOFT CORPORATION

        Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

        Counterclaim Defendant in Intervention

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that DANIEL SILVER, BENJAMIN SMYTH, and MICHAEL KELLY of McCarter & English, LLP hereby withdraw as attorneys of record for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation in this action. Counsel of record for Plaintiffs otherwise remains the same.

Dated: April 30, 2018                               By:      /s/
                                                         Daniel Silver

                                                    By:      /s/
                                                         Benjamin Smyth

                                                    By:      /s/
                                                         Michael Kelly

                                                    MCCARTER & ENGLISH, LLP
                                                    Renaissance Centre
                                                    405 N. King Street, 8th Floor
                                                    Wilmington, DE 19801
                                                    Tel: (302) 984-6301
                                                    Fax: (302) 984-6399

<u>CIVIL L.R. 5-1(i) ATTESTATION</u>

I, Chris Holland, hereby attest that I have been authorized by counsel listed above to execute on their behalf this Notice of Change of Counsel, and that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: April 30, 2018                               HOLLAND LAW LLP

                                                    By:      /s/
                                                         Chris Holland