WARREN LEX LLP
Matthew S. Warren (Cal. Bar No. 230565)
Patrick M. Shields (Cal. Bar No. 204739)
Erika H. Warren (Cal. Bar No. 295570)
Amy M. Bailey (Cal. Bar No. 313151)
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for ASUSTeK Computer Inc. and ASUS Computer International*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br><br>     Plaintiffs, <br><br> v. <br><br> ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, <br><br>     Defendants. <br> _____ <br> MICROSOFT CORPORATION, <br>     Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, <br>     Intervenor-Defendants. <br> _____ <br> KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br>     Intervenor-Defendants/ <br>     Counterclaim Plaintiffs- <br>     in-intervention <br><br> v. | Case No. 18-1886-HSG <br><br> **NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, ) |
| 2 |     Intervenor-Plaintiff/ ) |
| |     Counterclaim Defendant- ) |
| 3 |     in-intervention ) |
| | ) |
| 4 |     AND ) |
| | ) |
| 5 | MICROSOFT MOBILE INC., ) |
| 6 |     Counterclaim Defendant- ) |
| |     in-intervention. ) |
| 7 | _____ ) |

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Amy M. Bailey, an attorney with the firm Warren Lex LLP, and admitted to practice before this Court, hereby appears as counsel of record for ASUSTeK Computer Inc. and ASUS Computer International in this action.

Date:    May 17, 2018                                  Respectfully submitted,

*Amy M. Bailey*
_____
Amy M. Bailey
Warren Lex LLP