Michael P. Sandonato (*pro hac vice pending*)
msandonato@fchs.com
John D. Carlin (*pro hac vice pending*)
jcarlin@fchs.com
Natalie Lieber (*pro hac vice pending*)
nlieber@fchs.com
Christopher M. Gerson (*pro hac vice pending*)
cgerson@fchs.com
Jonathan M. Sharret (*pro hac vice pending*)
jsharret@fchs.com
Daniel A. Apgar (*pro hac vice pending*)
dapgar@fchs.com

Robert S. Pickens (*pro hac vice pending*)
rpickens@fchs.com
Sean M. McCarthy (*pro hac vice pending*)
smccarthy@fchs.com
Jaime F. Cardenas-Navia (*pro hac vice pending*)
jcardenas-navia@fchs.com
Joyce L. Nadipuram (*pro hac vice pending*)
jnadipuram@fchs.com
Caitlyn N. Bingaman (*pro hac vice pending*)
cbingaman@fchs.com
Julian G. Pymento (*pro hac vice pending*)
jpymento@fchs.com

FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL,<br><br>                    Defendants. | Case No. 4:18-cv-01886-HSG<br><br>**RESPONSE TO NOTICE OF ELECTRONIC FILING ERROR** |

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, |
| 2 | Intervenor-Plaintiff, |
| 3 | v. |
| 4 | KONINKLIJKE PHILIPS N.V., |
| 5 | U.S. PHILIPS CORPORATION, |
| 6 | Intervenor-Defendants. |
| 7 | KONINKLIJKE PHILIPS N.V., |
| 8 | U.S. PHILIPS CORPORATION, |
| 9 | Intervenor-Defendants/Counterclaim Plaintiffs in Intervention |
| 10 | |
| 11 | v. |
| 12 | MICROSOFT CORPORATION |
| 13 | Intervenor-Plaintiff/Counterclaim Defendant in Intervention |
| 14 | |
| 15 | AND |
| 16 | MICROSOFT MOBILE INC. |
| 17 | Counterclaim Defendant in Intervention |

RESPONSE TO NOTICE OF ELECTRONIC FILING ERROR
CASE NUMBER 4:18-CV-01886-HSG

**RESPONSE TO NOTICE OF ELECTRONIC FILING ERROR**

On June 7, 2018, the Court issued a notice regarding a filing error with the ADR stipulation filed as Docket Item 368, indicating that Docket Item 368 is not properly captioned, and asking for clarification as to whether Docket Item 368 or the other ADR stipulation filed in this case as Docket Item 367 should be entered by the Court.

By way of background, the parties in this case include Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation ("Philips"), Defendants ASUSTek Computer Inc. and ASUS Computer International (collectively, "ASUS"), and Intervenors Microsoft Corporation and Microsoft Mobile Inc. (collectively, "Microsoft").  Therefore, the parties initially filed two separate stipulations.  One stipulation is between Philips and ASUS (D.I. 367), and the other stipulation is between Philips and Microsoft (D.I. 368).

As such, to clarify the record and respond to the filing error notice, Philips is filing herewith as replacements for Docket Items 367 and 368, respectively: (1) an Amended Stipulation and [Proposed] Order Selecting ADR Process specifying Philips and ASUS as the stipulating parties; and (2) an Amended Stipulation and [Proposed] Order Selecting ADR Process specifying Philips and Microsoft as the stipulating parties and correcting the caption.  Philips respectfully requests that both amended stipulations be entered by the Court.

Dated: June 13, 2018

HOLLAND LAW LLP

/s/  Chris Holland
Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation*