UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Koninklijke Philips N.V. et al.

    Plaintiff(s)

v.

Microsoft Corp. et al.

    Defendant(s)

CASE No C 4:18-cv-01886

AMENDED STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. Plaintiffs and Microsoft Corp. and Microsoft Mobile Inc. agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  Private mediation (Provider to be determined)

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: At a date to be determined

Date: June 12, 2018

                                                      Attorney for Plaintiff

Date: June 12, 2018

                                                      /s/ Christy McCullough
                                                      Attorney for Defendant

---

☐ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:




Date:

                                                        U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

Form ADR-Stip rev. 1-2017