Christina McCullough, Bar No. 245944
CMcCullough@perkinscoie.com
Judith Jennison, Bar No. 165929
JJennison@perkinscoie.com
Theresa H. Nguyen, Bar No. 284581
RNguyen@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Chad S. Campbell, Bar No. 258723
CCampbell@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

Patrick J. McKeever, Bar No. 268763
PMcKeever@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

Tiffany P. Cunningham
TCunningham@perkinscoie.com
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603
Telephone: (312) 324-8400
Facsimile: (312)324-9400

Sarah E. Stahnke, Bar No. 264838
SStahnke@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

*Attorneys for Intervenor-Plaintiffs Microsoft Corporation and Microsoft Mobile Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>ACER INC., and<br>ACER AMERICA CORPORATION,<br><br>    Defendants | Case No.: 4:18-cv-01885-HSG<br><br>JURY TRIAL DEMANDED |

MICROSOFT'S CERTIFICATE OF
INTERESTED ENTITIES OR PERSONS
CASE NOS. 18-cv-01885-HSG; 18-cv-01886-
HSG; 18-cv-01888-HSG; 18-cv-01889-HSG;
18-cv-01890-HSG

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>      Intervenor-Plaintiff,<br><br>  v.<br><br>KONINKLIJKE PHILIPS N.V., and<br>U.S. PHILIPS CORPORATION,<br><br>      Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| KONINKLIJKE PHILIPS N.V., and<br>U.S. PHILIPS CORPORATION,<br><br>      Intervenor-Defendants/Counterclaim Plaintiffs in Intervention,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>      Intervenor-Plaintiff/Counter-claim Defendant in Intervention,<br><br>AND<br><br>MICROSOFT MOBILE INC.,<br><br>      Counterclaim Defendant in Intervention. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| KONINKLIJKE PHILIPS N.V., and<br>U.S. PHILIPS CORPORATION,<br><br>      Plaintiffs,<br><br>  v.<br><br>ASUSTEK COMPUTER INC., and<br>ASUS COMPUTER INTERNATIONAL,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Case No.: 4:18-cv-01886-HSG<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>   Intervenor-Plaintiff,<br><br> v.<br><br>KONINKLIJKE PHILIPS N.V., and<br>U.S. PHILIPS CORPORATION,<br><br>   Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| KONINKLIJKE PHILIPS N.V., and<br>U.S. PHILIPS CORPORATION,<br><br>   Intervenor-Defendants/Counterclaim Plaintiffs in Intervention,<br><br> v.<br><br>MICROSOFT CORPORATION,<br><br>   Intervenor-Plaintiff/Counterclaim Defendant in Intervention,<br><br>AND<br><br>MICROSOFT MOBILE INC.,<br><br>   Counterclaim Defendant in Intervention. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| KONINKLIJKE PHILIPS N.V., and<br>U.S. PHILIPS CORPORATION,<br><br>   Plaintiffs,<br><br> v.<br><br>VISUAL LAND, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Case No.: 4:18-cv-01888-HSG<br><br>JURY TRIAL DEMANDED |

MICROSOFT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NOS. 18-cv-01885-HSG; 18-cv-01886-HSG; 18-cv-01888-HSG; 18-cv-01889-HSG; 18-cv-01890-HSG

| | |
|---|---|
| MICROSOFT CORPORATION, | ) <br> ) |
| Intervenor-Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) |
| Intervenor-Defendants. | ) <br> ) |
| KONINKLIJKE PHILIPS N.V., and <br> U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, | ) <br> ) <br> ) |
| v. | ) <br> ) |
| MICROSOFT CORPORATION, | ) <br> ) |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention, | ) <br> ) <br> ) |
| AND | ) |
| MICROSOFT MOBILE INC., | ) <br> ) |
| Counterclaim Defendant in Intervention. | ) <br> ) |

MICROSOFT'S CERTIFICATE OF
INTERESTED ENTITIES OR PERSONS
CASE NOS. 18-cv-01885-HSG; 18-cv-01886-
HSG; 18-cv-01888-HSG; 18-cv-01889-HSG;
18-cv-01890-HSG

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | |
| Plaintiffs, | Case No.: 4:18-cv-01889-HSG |
| v. | JURY TRIAL DEMANDED |
| DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., and SHENZEN ZOWEE TECHNOLOGY CO., LTD., | |
| Defendants. | |
| MICROSOFT CORPORATION, | |
| Intervenor-Plaintiff, | |
| v. | |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, | |
| v. | |
| MICROSOFT CORPORATION, | |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention, | |
| AND | |
| MICROSOFT MOBILE INC., | |
| Counterclaim Defendant in Intervention. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION,<br><br>            Plaintiffs,<br>     v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>            Defendant. | Case No.: 4:18-cv-01890-HSG<br><br>JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION,<br><br>            Intervenor-Plaintiff,<br>     v.<br><br>KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION,<br><br>            Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION,<br><br>            Intervenor-Defendants/Counterclaim Plaintiffs in Intervention,<br>     v.<br><br>MICROSOFT CORPORATION,<br><br>            Intervenor-Plaintiff/Counterclaim Defendant in Intervention,<br><br>AND<br><br>MICROSOFT MOBILE INC.,<br><br>            Counterclaim Defendant in Intervention. | |

-6-

MICROSOFT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NOS. 18-cv-01885-HSG; 18-cv-01886-HSG; 18-cv-01888-HSG; 18-cv-01889-HSG; 18-cv-01890-HSG

**MICROSOFT'S CERTIFICATE OF
INTERESTED ENTITIES OR PERSONS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Intervenor-Plaintiff / Counterclaim Defendant in Intervention Microsoft Corporation states that it has no parent company and no publicly-held corporation owns 10% or more of its stock.  Counterclaim Defendant in Intervention Microsoft Mobile Inc. states that it is a wholly-owned subsidiary of Microsoft Corporation.

Pursuant to Civil L.R. 3-15, the undersigned certify that as of this date, other than the named parties, and potentially the parties to the other litigations filed by Plaintiff (which were or are pending in this District), there is no such interest to report.

Dated: June 14, 2018

PERKINS COIE LLP

By /s/ *Christina McCullough*
Christina McCullough, Bar No. 245944

*Attorneys for Intervenor-Plaintiffs Microsoft Corporation and Microsoft Mobile Inc.*

-2- MICROSOFT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NOS. 18-cv-01885-HSG; 18-cv-01886-HSG; 18-cv-01888-HSG; 18-cv-01889-HSG; 18-cv-01890-HSG

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 14, 2018, a true and correct copy of the foregoing was served on all interested parties via electronic mail pursuant to Civil Local Rule 5-1(h).

*/s/Christina McCullough*
Christina McCullough