| | |
|---|---|
| 1 | WARREN LEX LLP |
| 2 | Matthew S. Warren (Cal. Bar No. 230565) |
|   | Patrick M. Shields (Cal. Bar No. 204739) |
| 3 | Erika H. Warren (Cal. Bar No. 295570) |
| 4 | Amy M. Bailey (Cal. Bar No. 313151) |
|   | 2261 Market Street, No. 606 |
| 5 | San Francisco, California, 94114 |
|   | +1 (415) 895-2940 |
| 6 | +1 (415) 895-2964 facsimile |
| 7 | WILLIAMS & CONNOLLY LLP |
| 8 | Kevin Hardy (*Pro Hac Vice* pending*)* |
|   | Aaron Maurer (*Pro Hac Vice* pending*)* |
| 9 | David M. Krinsky (*Pro Hac Vice* pending*)* |
| 10| Christopher S. Geyer (Cal. Bar No. 288527) |
|   | Christopher A. Suarez (*Pro Hac Vice* pending*)* |
| 11| Kyle E. Thomason (*Pro Hac Vice* pending*)* |
|   | 725 12th Street NW |
| 12| Washington, District of Columbia, 20005 |
|   | +1 (202) 434-5000 |
| 13| +1 (202) 434-5029 facsimile |
| 14| ALSTON & BIRD |
| 15| Michael Newton (*pro hac vice* to be filed) |
|   | 2828 North Harwood Street, 18th Floor |
| 16| Dallas, Texas, 75201 |
|   | +1 (214) 922-3400 |
| 17| +1 (214) 922-3899 facsimile |
| 18| *Attorneys for ASUSTeK Computer Inc. and ASUS Computer International* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., | ) | |
| U.S. PHILIPS CORPORATION, | ) | |
|     Plaintiffs, | ) | Case No. 4:18-cv-1886-HSG |
| | ) | |
| v. | ) | **CERTIFICATION OF INTERESTED** |
| | ) | **ENTITIES OR PERSONS** |
| ASUSTEK COMPUTER INC., | ) | |
| ASUS COMPUTER INTERNATIONAL, | ) | |
|     Defendants. | ) | |

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
|     Intervenor-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KONINKLIJKE PHILIPS N.V. and | ) |
| U.S. PHILIPS CORPORATION, | ) |
|     Intervenor-Defendants. | ) |
| | ) |
| KONINKLIJKE PHILIPS N.V., | ) |
| U.S. PHILIPS CORPORATION, | ) |
|     Intervenor-Defendants/ | ) |
|     Counterclaim Plaintiffs- | ) |
|     in-intervention | ) |
| | ) |
| v. | ) |
| | ) |
| MICROSOFT CORPORATION, | ) |
|     Intervenor-Plaintiff/ | ) |
|     Counterclaim Defendant- | ) |
|     in-intervention | ) |
| | ) |
|     AND | ) |
| | ) |
| MICROSOFT MOBILE INC., | ) |
|     Counterclaim Defendant- | ) |
|     in-intervention. | ) |

ASUS previously provided its disclosure under Federal Rule of Civil Procedure 7.1. Docket No. 13. This disclosure has not changed.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Google LLC.

Date:   June 18, 2018

Respectfully submitted,

_____
Matthew S. Warren
*Attorney for ASUSTeK Computer Inc.*
*and ASUS Computer International*