IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>     Plaintiffs, <br><br> v. <br><br> ACER INC., <br> ACER AMERICA CORPORATION, <br>     Defendants. <br><br> MICROSOFT CORPORATION, <br>     Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br>     Intervenor-Defendants. <br><br> KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>     Intervenor-Defendants/ <br>     Counterclaim Plaintiffs- <br>     in-intervention <br><br> v. <br><br> MICROSOFT CORPORATION, <br>     Intervenor-Plaintiff/ <br>     Counterclaim Defendant- <br>     in-intervention <br><br> AND <br><br> MICROSOFT MOBILE INC., <br>     Counterclaim Defendant- <br>     in-intervention. | Case No. 4:18-cv-1885-HSG <br><br> JURY TRIAL DEMANDED <br><br> **DECLARATION OF DAVID M. KRINSKY IN SUPPORT OF DEFENDANTS' & MICROSOFT'S ADMINISTRATIVE MOTION TO SUBMIT BRIEFING ON OUTSTANDING INDEFINITENESS ISSUES** |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>       Plaintiffs, <br><br> v. <br><br> ASUSTEK COMPUTER, INC., and <br> ASUS COMPUTER INTERNATIONAL, <br>       Defendants. | Related Case No. 4:18-cv-1886-HSG <br><br> JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION, <br>       Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br>   Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>      Intervenor-Defendants/ <br>      Counterclaim Plaintiffs- <br>      in-intervention <br><br> v. <br><br> MICROSOFT CORPORATION, <br>      Intervenor-Plaintiff/ <br>      Counterclaim Defendant- <br>      in-intervention <br><br>     AND <br><br> MICROSOFT MOBILE INC., <br>      Counterclaim Defendant- <br>      in-intervention. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>           Plaintiffs, <br><br> v. <br><br> HTC CORP., and <br> HTC AMERICA, <br>           Defendants. | Related Case No. 4:18-cv-1887-HSG <br><br> JURY TRIAL DEMANDED |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>           Plaintiffs, <br><br> v. <br><br> VISUAL LAND, INC. <br>           Defendant. | Related Case No. 4:18-cv-1888-HSG <br><br> JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION, <br>           Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br>           Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>           Intervenor-Defendants/ <br>           Counterclaim Plaintiffs- <br>           in-intervention <br><br> v. <br><br> MICROSOFT CORPORATION, <br>           Intervenor-Plaintiff/ <br>           Counterclaim Defendant- <br>           in-intervention <br><br> AND | |

| | | |
|---|---|---|
| 1 | MICROSOFT MOBILE INC.,                                   )<br>         Counterclaim Defendant-                      )<br>         in-intervention.                                          ) | |
| 2 | _____) | |
| 3 |                                                                              ) | |
| 4 | KONINKLIJKE PHILIPS N.V.,                          )<br>U.S. PHILIPS CORPORATION,                        ) | |
| 5 |          Plaintiffs,                                               ) | Related Case 4:18-cv-1890-HSG |
| 6 |                                                                              ) | |
| 7 | v.                                                                         ) | JURY TRIAL DEMANDED |
| 8 | YIFANG USA, INC. D/B/A/ E-FUN, INC.          ) | |
| 9 |          Defendant.                                              ) | |
| | _____) | |

(Caption continues)

1  MICROSOFT MOBILE INC.,                                   )
            Counterclaim Defendant-                      )
2           in-intervention.                                          )
    _____)
3                                                                               )
    KONINKLIJKE PHILIPS N.V.,                          )
4   U.S. PHILIPS CORPORATION,                        )
                                                                              )
5           Plaintiffs,                                                )         Related Case 4:18-cv-1890-HSG
                                                                              )
6   v.                                                                         )         JURY TRIAL DEMANDED
                                                                              )
7   YIFANG USA, INC. D/B/A/ E-FUN, INC.           )
                                                                              )
8           Defendant.                                               )
    _____)
9                                                                               )
    MICROSOFT CORPORATION,                        )
10          Intervenor-Plaintiff,                                 )
                                                                              )
11  v.                                                                        )
                                                                              )
12  KONINKLIJKE PHILIPS N.V. and                   )
    U.S. PHILIPS CORPORATION,                         )
13          Intervenor-Defendants.                           )
    _____)
14                                                                             )
    KONINKLIJKE PHILIPS N.V.,                          )
15  U.S. PHILIPS CORPORATION,                        )
            Intervenor-Defendants/                           )
16          Counterclaim Plaintiffs-                          )
            in-intervention                                         )
17                                                                            )
    v.                                                                        )
18                                                                            )
    MICROSOFT CORPORATION,                        )
19          Intervenor-Plaintiff/                                )
            Counterclaim Defendant-                        )
20          in-intervention                                         )
                                                                             )
21   AND                                                                )
                                                                             )
22  MICROSOFT MOBILE INC.,                           )
            Counterclaim Defendant-                       )
23          in-intervention.                                         )
    _____)

1       I, David Krinsky, declare as follows:

2       1.    I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify thereto.

4       2.    I am currently a partner in the law firm of Williams & Connolly, LLP, counsel of record for Defendants Acer Inc., Acer America Corp., ASUSTeK Computer, Inc., and ASUS Computer International in the cases numbered 4:18-cv-1885-HSG and 4:18-cv-1886-HSG. I am licensed to practice law in the District of Columbia, and I have been admitted *pro hac vice* in the Acer action. No. 18-1885, Docket No. 422.

9       3.    On July 11, 2018, I emailed Christopher Gerson, counsel for plaintiff Koninklijke Philips N.V. ("Philips") in each action, seeking consent to file a stipulated administrative motion to submit briefing on outstanding indefiniteness issues, the motion to which this declaration is attached. A stipulation could not be obtained because, on July 13, 2018, Philips replied via email that it did not consent to filing the attached motion.

14       4.    Defendants and Microsoft have complied with Local Rule 7-11 in all regards.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and understanding.

Dated: July 16, 2018         By:_____
                                        David M. Krinsky (*pro hac vice* pending)