**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>       Plaintiffs, <br><br> v. <br><br> ACER INC., <br> ACER AMERICA CORPORATION, <br>       Defendants. <br><br> MICROSOFT CORPORATION, <br>       Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br>       Intervenor-Defendants. <br><br> KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>       Intervenor-Defendants/ <br>       Counterclaim Plaintiffs- <br>       in-intervention <br><br> v. <br><br> MICROSOFT CORPORATION, <br>       Intervenor-Plaintiff/ <br>       Counterclaim Defendant- <br>       in-intervention <br><br>       AND <br><br> MICROSOFT MOBILE INC., <br>       Counterclaim Defendant- <br>       in-intervention. | Case No. 4:18-cv-1885-HSG <br><br> JURY TRIAL DEMANDED <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' AND MICROSOFT'S ADMINISTRATIVE MOTION TO SUBMIT BRIEFING ON OUTSTANDING INDEFINITENESS ISSUES** |

1

2   KONINKLIJKE PHILIPS N.V.,
    U.S. PHILIPS CORPORATION,
3            Plaintiffs,                              )   Related Case No. 4:18-cv-1886-HSG
                                                     )
4   v.                                                )   JURY TRIAL DEMANDED
                                                     )
5   ASUSTEK COMPUTER, INC., and
6   ASUS COMPUTER INTERNATIONAL,
             Defendants.
7

8   MICROSOFT CORPORATION,
9                    Intervenor-Plaintiff,
10  v.
11  KONINKLIJKE PHILIPS N.V. and
    U.S. PHILIPS CORPORATION,
12    Intervenor-Defendants.
13

14  KONINKLIJKE PHILIPS N.V.,
    U.S. PHILIPS CORPORATION,
15           Intervenor-Defendants/
             Counterclaim Plaintiffs-
16           in-intervention
17               v.
18  MICROSOFT CORPORATION,
19           Intervenor-Plaintiff/
             Counterclaim Defendant-
20           in-intervention
21       AND
22  MICROSOFT MOBILE INC.,
23           Counterclaim Defendant-
             in-intervention.
24

25

26

27

28

PROPOSED ORDER ADMINISTRATIVE MOTION TO SUBMIT BRIEFING ON OUTSTANDING INDEFINITENESS ISSUES

| | |
|---|---|
| 1  _____ ) | |
| 2  KONINKLIJKE PHILIPS N.V., ) | |
|    U.S. PHILIPS CORPORATION, ) | |
| 3            Plaintiffs, ) | Related Case No. 4:18-cv-1887-HSG |
|                          ) | |
| 4            v. ) | JURY TRIAL DEMANDED |
|                          ) | |
| 5  HTC CORP., and ) | |
| 6  HTC AMERICA, ) | |
|             Defendants. ) | |
| 7  _____ ) | |
|                          ) | |
| 8  KONINKLIJKE PHILIPS N.V., ) | |
|    U.S. PHILIPS CORPORATION, ) | |
| 9            Plaintiffs, ) | Related Case No. 4:18-cv-1888-HSG |
|                          ) | |
| 10 v. ) | JURY TRIAL DEMANDED |
| 11                       ) | |
|    VISUAL LAND, INC. ) | |
| 12           Defendant. ) | |
| 13 _____ ) | |
|                          ) | |
| 14 MICROSOFT CORPORATION, ) | |
|           Intervenor-Plaintiff, ) | |
| 15                       ) | |
| 16           v. ) | |
|                          ) | |
| 17 KONINKLIJKE PHILIPS N.V. and ) | |
|    U.S. PHILIPS CORPORATION, ) | |
| 18       Intervenor-Defendants. ) | |
| 19 _____ ) | |
|                          ) | |
| 20 KONINKLIJKE PHILIPS N.V., ) | |
|    U.S. PHILIPS CORPORATION, ) | |
| 21       Intervenor-Defendants/ ) | |
|          Counterclaim Plaintiffs- ) | |
| 22       in-intervention ) | |
|                          ) | |
| 23           v. ) | |
|                          ) | |
| 24 MICROSOFT CORPORATION, ) | |
|          Intervenor-Plaintiff/ ) | |
| 25       Counterclaim Defendant- ) | |
|          in-intervention ) | |
| 26                       ) | |
| 27   AND ) | |
|                          ) | |
| 28 MICROSOFT MOBILE INC., ) | |

PROPOSED ORDER ADMINISTRATIVE MOTION TO SUBMIT BRIEFING ON OUTSTANDING INDEFINITENESS ISSUES

| | | |
|---|---|---|
| 1 | Counterclaim Defendant-<br>in-intervention. | ) ) |
| 2 | ——————————————————— | ) |
| 3 | KONINKLIJKE PHILIPS N.V., | ) ) |
| | U.S. PHILIPS CORPORATION, | ) |
| 4 | | ) |
| 5 | Plaintiffs, | )   Related Case 4:18-cv-1890-HSG |
| | | ) |
| 6 | v. | )   JURY TRIAL DEMANDED |
| | | ) |
| 7 | YIFANG USA, INC. D/B/A/ E-FUN, INC. | ) |
| | | ) |
| 8 | Defendant. | ) |
| 9 | ——————————————————— | ) ) |
| 10 | MICROSOFT CORPORATION, | ) |
| | Intervenor-Plaintiff, | ) |
| 11 | | ) |
| | v. | ) |
| 12 | | ) |
| 13 | KONINKLIJKE PHILIPS N.V. and | ) |
| | U.S. PHILIPS CORPORATION, | ) |
| 14 | Intervenor-Defendants. | ) |
| | | ) |
| 15 | ——————————————————— | ) |
| 16 | KONINKLIJKE PHILIPS N.V., | ) |
| | U.S. PHILIPS CORPORATION, | ) |
| 17 | Intervenor-Defendants/ | ) |
| | Counterclaim Plaintiffs- | ) |
| 18 | in-intervention | ) |
| 19 | v. | ) ) |
| 20 | MICROSOFT CORPORATION, | ) ) |
| 21 | Intervenor-Plaintiff/ | ) |
| | Counterclaim Defendant- | ) |
| 22 | in-intervention | ) |
| 23 | AND | ) ) |
| 24 | MICROSOFT MOBILE INC., | ) ) |
| 25 | Counterclaim Defendant- | ) |
| | in-intervention. | ) |
| 26 | ——————————————————— | ) |
| 27 | | |
| 28 | | |

1    Having considered Defendants' and Microsoft's Administrative Motion to Submit

2 Briefing on Outstanding Indefiniteness Issues and the supporting Declaration of David M.

3 Krinsky, the Court rules that Defendants' and Microsoft's Administrative Motion to Submit

4 Briefing on Outstanding Indefiniteness Issues is GRANTED.

5

6 **IT IS SO ORDERED.**

7

8 Date: _____        _____

9                                        Honorable Haywood S. Gilliam
                                         United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28