Michael J. Newton (SBN 156225)
Sang (Michael) Lee (*pro hac vice pending*)
**ALSTON & BIRD LLP**
2828 North Harwood Street, Suite 1800
Dallas, Texas, 75201
(214) 922-3400
(214) 922-3899 facsimile
mike.newton@alston.com
michael.lee@alston.com

Bruce R. Genderson (*pro hac vice*)
Kevin Hardy (*pro hac vice*)
Aaron P. Maurer (*pro hac vice*)
David M. Krinsky (*pro hac vice*)
Kyle E.Thomason (*pro hac vice*)
Christopher A. Suarez (*pro hac vice*)
Christopher S. Geyer (SBN 288527)
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C.  20005
(202) 434-5000
(202) 434-5029 facsimile
bgenderson@wc.com
khardy@wc.com
amaurer@wc.com
dkrinsky@wc.com
kthomason@wc.com
csuarez@wc.com
cgeyer@wc.com

Matthew S. Warren (SBN 230565)
Patrick M. Shields (SBN 204739)
Erika H. Warren (SBN 295570)
**WARREN LEX LLP**
2261 Market Street, No. 606
San Francisco, California, 94114
(415) 895-2940
(415) 895-2964 facsimile
18-1885@cases.warrenlex.com

*Attorneys for Defendants ASUSTeK Computer Inc.
and ASUS Computer International*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL,<br><br>Defendants. | Case No. 4:18-cv-01886-HSG<br><br>**DECLARATION OF MICHAEL J. NEWTON REGARDING PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Court: Courtroom 2 |
| MICROSOFT CORPORATION,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>Intervenor-Defendants/Counterclaim Plaintiffs in Intervention<br><br>v.<br><br>MICROSOFT CORPORATION<br><br>Intervenor-Plaintiff/Counterclaim Defendant in Intervention<br><br>AND<br><br>MICROSOFT MOBILE INC.<br><br>Counterclaim Defendant in Intervention | |

1   I, Michael J. Newton, hereby declare as follows:

2   1.   I am an partner with the law firm of Alston & Bird LLP, counsel for Defendants
3   ASUSTeK Computer Inc. ("ASUSTeK") and ASUS Computer International ("ACI") (collectively,
4   "ASUS") in the above-captioned action.  I am a member in good standing of the State Bars of
5   California and Texas and am admitted to practice before this Court.  I have personal knowledge of
6   the facts set forth in this declaration, and if called as a witness, I could and would testify competently
7   thereto.

8   2.   I submit this declaration pursuant to L.R. 79-5(d)(1)(A) and 79-5(e)(1) in support of
9   Plaintiff's Amended Administrative Motion to File Under Seal.  (Dkt. No. 407.)

10  3.   Attached to Plaintiff's Amended Administrative Motion to File Under Seal is a
11  redacted version of Plaintiff's Notice of Motion and Motion to Partially Consolidate Certain Matters
12  for Trial and Memorandum of Points and Authorities.  (Dkt. No. 407-3.)  The redactions on pages 3,
13  10–12, 20–21, 24, and 25 contain or refer to information designated by ASUS as "Highly
14  Confidential – Outside Counsel Only" pursuant to the Protective Order entered in this case because
15  they contain references to ASUS's confidential business information and technical product
16  configuration relating to the ASUS products accused of infringement in this action.

17  4.   This information identified above is not available to the public, and given the highly
18  competitive nature of the computer industry, ASUS would likely be harmed by the public disclosure
19  of this proprietary information because it would give ASUS's competitors a window into ASUS's
20  confidential business, technical, and production information.

21

22  I declare penalty of perjury under the laws of the United States of America that, to the best of
23  my knowledge and belief, the foregoing is true and correct.

24

25  Executed in Dallas, Texas, this 3rd day of August, 2018.

26
27  */s/ Michael J. Newton*
    Michael J. Newton
28

**CERTIFICATE OF SERVICE**

I, Michael J. Newton, certify and declare as follow:

1. I am over the age of 18 and not a party to this action.

2. My business address is 2828 North Harwood Street, Suite 1800, Dallas, Texas 75201.

3. On August 3, 2018, I caused a copy of **DECLARATION OF MICHAEL J. NEWTON REGARDING PLAINTIFF'S AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** to be served upon all counsel of record in this case via e-mail.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed on the 3rd day of August, 2018, in Dallas, Texas.

                                                   */s/ Michael J. Newton*
                                                   Michael J. Newton