Michael P. Sandonato (*admitted pro hac vice*)
msandonato@fchs.com
John D. Carlin (*admitted pro hac vice*)
jcarlin@fchs.com
Natalie Lieber (*admitted pro hac vice*)
nlieber@fchs.com
Christopher M. Gerson (*admitted pro hac vice*)
cgerson@fchs.com
Jonathan M. Sharret (*admitted pro hac vice*)
jsharret@fchs.com
Daniel A. Apgar (*admitted pro hac vice*)
dapgar@fchs.com

Robert S. Pickens (*admitted pro hac vice*)
rpickens@fchs.com
Sean M. McCarthy (*admitted pro hac vice*)
smccarthy@fchs.com
Jaime F. Cardenas-Navia (*admitted pro hac vice*)
jcardenas-navia@fchs.com
Joyce L. Nadipuram (*admitted pro hac vice*)
jnadipuram@fchs.com
Caitlyn N. Bingaman (*admitted pro hac vice*)
cbingaman@fchs.com
Julian G. Pymento (*admitted pro hac vice*)
jpymento@fchs.com

FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> HTC CORP., HTC AMERICA, INC., <br><br> Defendants. | Case No. 4:18-cv-01887-HSG <br><br> **PROOF OF SERVICE** |

## PROOF OF SERVICE

I, Joyce L. Nadipuram, declare as follows:

I am a resident of the State of New Jersey and over the age of eighteen years and not a party to the instant action; my business address is Fitzpatrick, Cella, Harper & Scinto, 1290 Avenue of the Americas, New York, NY 10104-3800.

On August 23, 2018, I caused the document described as DECLARATION OF JOHN D. CARLIN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING PLAINTIFFS' REPLY TO HTC CORP. AND HTC AMERICA, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO PARTIALLY CONSOLIDATE CERTAIN MATTERS FOR TRIAL, and the under-seal documents discussed therein, to be transmitted by electronic mail to the individuals set forth below:

Matt Warren
Patrick M. Shields
Erika Warren
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, California, 94114
(415) 895-2940
(415) 895-2964
viceroy@matters.warrenlex.com

Kevin Hardy
Aaron Maurer
David Krinsky
Christopher A. Suarez
Christopher Geyer
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C., 20005
(202) 434-5000
(202) 436-5029
viceroy@wc.com

*Attorneys for Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc. and ASUS Computer International*

Kai Tseng
Hsiang ("James") H. Lin
Craig Kaufman
TechKnowledge Law Group LLP
100 Marine Parkway, Suite 200 2828
Redwood Shores, California, 94065
(650) 517-5200
Acer.Philips-TKLGALL@tklg-llp.com

*Attorneys for Acer, Inc. and Acer America Corporation*

Michael J. Newton
Derek S. Neilson
Sang (Michael) Lee
Alston & Bird LLP
North Harwood Street, Suite 1800
Dallas, Texas, 75201
(214) 922-3400
(214) 922-3899
Asus-Philips@alston.com

*Attorneys for ASUSTeK Computer Inc. and ASUS Computer International*

John Schnurer (Cal. Bar No. 185725)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
htc-philipsperkinsservice@perkinscoie.com

Ryan McBrayer (pro hac vice)
Antoine McNamara (Cal. Bar No. 261980)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
htc-philipsperkinsservice@perkinscoie.com

*Attorneys for HTC Corp. and HTC America, Inc.*

Chad S. Campbell
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000 Phoenix, AZ 85012-2788
(602) 351-8000
(602) 648-7000

CCampbell@perkinscoie.com

Judith Jennison, Bar No. 165929
Christina McCullough, Bar No. 245944
Theresa H. Nguyen, Bar No. 284581
PERKINS COIE LLP
1201 Third Avenue, Suite 4900 Seattle, WA 98101-3099
(206) 359-8000
(206) 359-9000
JJennison@perkinscoie.com
CMcCullough@perkinscoie.com
RNguyen@perkinscoie.com

Patrick J. McKeever
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5700
(858) 720-5799
PMcKeever@perkinscoie.com

Tiffany P. Cunningham
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700 Chicago, IL 60603
(312) 324-8400
(312)324-9400
TCunningham@perkinscoie.com

Sarah E. Stahnke
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
(650) 838-4300
(650) 838-4350
SStahnke@perkinscoie.com

*Attorneys for Intervenor-Plaintiff/ Counterclaim Defendants Microsoft Corporation and Microsoft Mobile, Inc.*

Lucian C. Chen
Wing K. Chiu
Lucian C. Chen, Esq. PLLC
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, New York, 10165
lucianchen@lcclegal.com
wingchiu@lcclegal.com

*Attorneys for YiFang USA, Inc. D/B/A EFun, Inc.*

I declare under penalty of perjury that the above is true and correct.

Executed on August 23, 2018 in New York, New York.


By: _/s/ Joyce L. Nadipuram_____
Joyce L. Nadipuram

PROOF OF SERVICE
CASE NO. 4:18-CV-1887-HSG