# Appendix A

# Exhibit 5

(UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED)

**Third Amended Infringement Contentions: U.S. Patent No. 6,690,387**

| | |
|---|---|
| | and tablets) include a "touchscreen embedded in the device." *See, e.g.*, PHILIPS00043272-345 at 276.<br><br>As explained further below, each of the '387 Android Accused Products allows for controlling the scroll-like display of data on the touchscreen. |
| [9b] sensing the duration of finger touch contact time with an electronic display screen having scrollable data displayed thereon; | **'387 Android Accused Products:**<br><br>Each '387 Android Accused Product includes a touchscreen and a microprocessor. *See, e.g.,* Appendix AC; *see also* A. Lai Dep. Tr. at 17:9-20:18; 41:12-42:7. Each '387 Android Accused Product senses the length of time that a finger is substantially stationary while in contact with the touchscreen when the touchscreen is displaying data that can be scrolled along the screen. *See, e.g.*, ASUS Source Code Appendix B at 9b.<br><br>Launcher<br>As one example, the '387 Android Accused Products include a Launcher application that senses the length of time that a finger is substantially stationary while in contact with the touchscreen (displaying scrollable data such as a page of application icons) and can distinguish between a contact of short duration (*e.g.*, which may cause a scroll to stop) and a contact of longer duration (*e.g.*, which may cause an icon to become movable). *See, e.g.*, '387 Android Videos.<br><br>Browser<br>As another example, the '387 Android Accused Products include a browser application (*e.g.*, the "Internet," "Browser," and/or "Chrome" applications) that senses the length of time that a finger is substantially stationary while in contact with the touchscreen (displaying scrollable data such as a webpage) and can distinguish between a contact of short |

8

**Third Amended Infringement Contentions: U.S. Patent No. 6,690,387**

| | |
|---|---|
| | duration (*e.g.*, which may cause a scroll to stop) and a contact of longer duration (*e.g.*, which may cause a menu to pop up). *See, e.g.*, '387 Android Videos. <br><br> Email and Dialer <br> As another example, certain '387 Android Accused Products include an email and/or dialer application that senses the length of time that a finger is substantially stationary while in contact with the touchscreen (displaying scrollable data) and can distinguish between a contact of short duration (*e.g.*, which may cause a scroll to stop) and a contact of longer duration (*e.g.*, which may cause an icon to become movable). *See, e.g.*, '387 Android Videos. <br><br> Presence of this claim element in the '387 Android Accused Products is further illustrated by the '387 Android User Manuals. |
| [9c] sensing the speed and direction of motion of said finger touch contact with said display screen; | **'387 Android Accused Products:** <br><br> Each '387 Android Accused Product senses the speed and direction of motion of a finger that is non-stationary while in contact with the touchscreen. *See, e.g.*, ASUS Source Code Appendix B at 9c. <br><br> As explained further below, the sensed speed and direction of motion is used in initiating scrolling motion of the scrollable data. *See infra* at 9d. <br><br> Launcher <br> As one example, the '387 Android Accused Products include a Launcher application that senses the speed (*e.g.*, how quickly a user moves his finger) and direction (*e.g.*, whether the user is moving his |

9

**Third Amended Infringement Contentions: U.S. Patent No. 6,690,387**

|  | finger left or right) of a non-stationary finger while in contact with the touchscreen. *See, e.g.*, '387 Android Videos.<br><br>Browser<br>As another example, the '387 Android Accused Products include a browser application (*e.g.*, the "Internet," "Browser," and/or "Chrome" applications) that senses the speed (*e.g.*, how quickly a user moves his finger) and direction (*e.g.*, whether the user is moving his finger up or down) of a non-stationary finger while in contact with the touchscreen. *See, e.g.*, '387 Android Videos.<br><br>Email and Dialer<br>As another example, certain '387 Android Accused Products include an email and/or dialer application that senses the speed (*e.g.*, how quickly a user moves his finger) and direction (*e.g.*, whether the user is moving his finger up or down) of a non-stationary finger while in contact with the touchscreen. *See, e.g.*, '387 Android Videos.<br><br>Presence of this claim element in the '387 Android Accused Products is further illustrated by the '387 Android User Manuals. |
|---|---|
| [9d] initiating scrolling motion of said scrollable data on said display screen in said sensed direction and at said sensed speed; | **'387 Android Accused Products:**<br>Each '387 Android Accused Product initiates scrolling motion of the data that can be scrolled along the screen in the sensed direction and at the sensed speed. *See, e.g.*, ASUS Source Code Appendix B at 9d.<br><br>Launcher<br>As one example, the '387 Android Accused Products include a |

10

**Third Amended Infringement Contentions: U.S. Patent No. 6,690,387**

|  | |
|---|---|
|  | Launcher application where, when a user's finger touches the screen, moves across the screen, and then separates from the screen, the direction and speed of the finger movement is sensed. The Launcher initiates a "fling," which is a motion that scrolls the page of application icons on the screen in the sensed direction and at the sensed speed. *See, e.g.*, '387 Android Videos.<br><br>Browser<br>As another example, the '387 Android Accused Products include a browser application (*e.g.*, the "Internet," "Browser," and/or "Chrome" applications) where, when a user's finger touches the screen, moves across the screen, and then separates from the screen, the direction and speed of the finger movement is sensed. The Browser initiates a "fling," which is a motion that scrolls the webpage on the screen in the sensed direction and at the sensed speed. *See, e.g.*, '387 Android Videos.<br><br>Email and Dialer<br>As another example, certain '387 Android Accused Products include an email and/or dialer application where, when a user's finger touches the screen, moves across the screen, and then separates from the screen, the direction and speed of the finger movement is sensed. The email application initiates a "fling," which is a motion that scrolls the emails on the screen in the sensed direction and at the sensed speed. *See, e.g.*, '387 Android Videos.<br><br>Presence of this claim element in the '387 Android Accused Products is further illustrated by the '387 Android User Manuals. |

11

# Exhibit 9

(UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**Third Amended Infringement Contentions: U.S. Patent No. RE43,564**

| U.S. Patent No. RE43,564 ||
|---|---|
| **Claim 1** | **Contention** |
| [1a]. A handheld communication device comprising: | **'564 Android Accused Products:**<br><br>The '564 Android Accused Products are ASUS products[19] that run the Android Operating System and were preloaded with, or otherwise upgraded to, Android 2.1 or higher and/or was pre-loaded with the Chrome browser. *See, e.g.,* Appendix AC.  Specifically, the '564 Android Accused Products include the following functionalities which allow for the magnification of a selected portion of an image to facilitate selection of a feature: magnification accessibility gesture (Android 4.2 or higher), pinch-to-zoom (pre-loaded with an Internet browser), double-tap zoom (pre-loaded with an Internet browser), and link disambiguation (pre-loaded with the Chrome browser).<br><br>Presence of each claim element in the '913 Android Accused Products is illustrated below and by the analysis of relevant source code for the magnification accessibility gesture in the attached ASUS Source Code Appendix K to these Contentions ("ASUS Source Code Appendix K").  With respect to pinch-to-zoom, double-tap zoom, and link disambiguation, Philips served a subpoena on Google on July 25, 2017 for the relevant Chrome browser source code, but Google has not yet produced it.<br><br>The '564 Android Accused Products include:<br><br><u>'564 Android Jelly Bean Accused Products</u>: ASUS products which were preloaded with, or otherwise upgraded to, Android 4.1 through Android 4.3.<br><br>Contentions for these products are described with respect to the ASUS MeMo Pad HD7 (ME173X), which is representative of the other ASUS products which were preloaded with, or otherwise upgraded to, Android 4.1 through Android 4.3.  *See, e.g.,* Appendix AC.  Unless specified, an analysis of the '564 |

---

[19] Made, used, sold and/or offered for sale, within the United States, and/or imported into the United States, without authority, by ASUS on or after the earliest date for which Philips is entitled to recover damages, including any appropriate damages prior to the reissue of the '564 patent.  Further, Philips is entitled to damages on ASUS Android devices sold prior to the reissue of the '564 patent, but were upgraded or updated to a newer version of Android and/or Sense after the reissue date of the '564 patent.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# Exhibit 13
(UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**Third Amended Infringement Contentions: U.S. Patent No. 5,910,797**

| U.S. Patent No. 5,910,797 ||
|---|---|
| **Claim 1** | **Contention** |
| [1a] A manipulatable apparatus having data processing means and screen means for displaying one or more graphical or other objects presented by said data processing means, | <u>'797 Android Accused Products:</u><br><br>The '797 Android Accused Products are ASUS smartphones and tablet computers[13] that run the Android Operating System, include an acceleration sensor, and were preloaded with, or otherwise upgraded to, Android 3.1 or higher.  *See, e.g.,* Appendix AC.<br><br>Presence of each claim element in the '797 Android Accused Products is illustrated below and by the analysis of relevant source code in the attached ASUS Source Code Appendix E to these Contentions ("ASUS Source Code Appendix E").<br><br>The '797 Android Accused Products include:<br><br><u>'797 Android Honeycomb Accused Products</u>: ASUS products which were preloaded with, or otherwise upgraded to, Android 3.0 through Android 3.2, and include an acceleration sensor.<br><br>Contentions for these products are described with respect to the ASUS Eee Pad Slider (SL101), which is representative of the other ASUS products which were preloaded with, or otherwise upgraded to, Android 3.0 through Android 3.2, and include an acceleration sensor.  *See, e.g.*, Appendix AC.  Unless specified, an analysis of the '797 Android Honeycomb Accused Products has not revealed any material differences between the ASUS Eee Pad Slider (SL101) and the other Android Honeycomb Accused Products.  *See also* S. Huang Dep. Tr. at 41:4-17; |

---

[13] Made, used, sold and/or offered for sale, within the United States, and/or imported into the United States, without authority, by ASUS on or after the earliest date for which Philips is entitled to recover damages.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# Exhibit 17

(UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED)

**Third Amended Infringement Contentions: U.S. Patent No. 8,543,819**

| U.S. Patent No. 8,543,819 ||
|---|---|
| **Claim 1** | **Contention** |
| [1a] A method of determining whether protected content stored on a first communication device are accessed by a second communication device, the method comprising the step of: | **'819 HDCP Accused Products:**<br><br>The '819 HDCP Accused Products are all ASUS products[16] that support the High-bandwidth Digital Content Protection ("HDCP") System revision 2.x. *See, e.g.,* Appendix AC.<br><br>The '819 HDCP Accused Products identified to date based on the discovery ASUS has provided include at least: the Asus PadFone X, Asus MeMO Pad 7 LTE (Model ME375CL), Asus Memo Pad 7 ME572C, Asus Memo Pad 8 ME181C, Asus Zenfone 2 Deluxe ZE551ML, Asus Zenfone 2 Deluxe Special Edition, Asus ZenPad 10 Z300CL, Asus ZenPad 10 Z300M, Asus ZenPad 8.0 Z380M, Asus ZenPad S 8.0 Z580C, Asus ZenPad S 8.0 Z580CA, Asus Transformer Pad TF701T, Asus Zenfone Zoom ZX551ML, Asus Google Nexus 7 (2013), Asus Google Nexus 7 2 Cellular with 3G/4G support, and Asus Google Nexus 7 2 with no cellular network support. *See* ASUSPH_00047722. Unless specified, an analysis of the '819 HDCP Accused Products has not revealed any material differences in the implementation of HDCP 2.x on each such product. *See also* S. Huang Dep. Tr. at 37:20-38:4; 39:10-22.<br><br>Digital Content Protection LLC ("DCP") is an organization that licenses HDCP. The DCP website explains that "High-bandwidth Digital |

---

[16] Made, used, sold and/or offered for sale, within the United States, and/or imported into the United States, without authority, by ASUS on or after the earliest date for which Philips is entitled to recover damages.

1

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**Third Amended Infringement Contentions: U.S. Patent No. 8,543,819**

|   |   |
|---|---|
|   | Content Protection revision 2.0 is used to encrypt premium content at the final stage of the content distribution process. It encrypts content as it flows throughout the home from source devices such as DVD players and notebook computers to display devices such as High-definition TVs (HDTVs)." *See* PHILIPS00000055 (Digital Content Protection FAQs), a portion of which is included as Exhibit A of this Appendix ("Ex. A"). |
|   | The current version of HDCP revision 2.x is HDCP revision 2.2. The document "HDCP revision 2.2 Specification for Miracast" is the HDCP 2.2 Specification Interface Independent Adaptation for Miracast. *See, e.g.*, PHILIPS00000066 (HDCP System Interface Independent Adaptation Revision 2.2). The HDCP 2.2 Specification Interface Independent Adaptation for Miracast is substantially similar to the HDCP 2.1 Specification Interface Independent Adaptation for Miracast (PHILIPS00032374) and the HDCP 2.0 Specification Interface Independent Adaptation for Miracast (PHILIPS00032316). The document "HDCP revision 2.2 Specification for HDMI" is the HDCP 2.2 Specification for the HDMI interface. *See, e.g.*, PHILIPS00000144 (HDCP System Mapping HDCP to HDMI Revision 2.2). The document "HDCP revision 2.2 Specification for MHL" is the HDCP 2.2 Specification for MHL. *See, e.g.*, PHILIPS00000216 (HDCP System Mapping HDCP to MHL Revision 2.2). The document "HDCP revision 2.2 Specification for DisplayPort" is the HDCP 2.2 Specification for DisplayPort. *See, e.g.*, PHILIPS00007415 (HDCP System Mapping HDCP to DisplayPort Revision 2.2). |
|   | Based on the above, each '819 HDCP Accused Product determines whether protected content stored on a first communication device are accessed by a second communication device. Each '819 HDCP Accused Product supports HDCP revision 2.x and therefore determines whether protected content that is stored on the device itself are accessed |

2