# Appendix B

# Exhibit 23

(UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED)

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KONINKLIJKE PHILIPS N.V.,          )
U.S. PHILIPS CORPORATION,          )
                                   )
          Plaintiffs,              )
                                   )
     v.                            )     Case No: 15-1125-GMS
                                   )
ASUSTEK COMPUTER, INC.,            )
ASUS COMPUTER INTERNATIONAL,       )
                                   )
          Defendants.              )
_____)

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Videotaped Deposition of SHUNWEN HUANG

VOLUME I

Taipei, Taiwan

Monday, November 13, 2017

Reported by:

Mark McClure, CRR, CSR No. 12203

Job no:  19927

## Page 2

November 13, 2017
10:03 a.m.

Videotaped deposition of SHUNWEN HUANG, Volume I, in his personal capacity and as Person Most Knowlegeable, Asustek Computer, Inc., Asus Computer International, held at Shangri-La's Far Eastern Plaza Hotel, 201 Tun Hwa South Road, Section 2, Taipei, 10675, Taiwan, pursuant to Notice before MARK McCLURE, Certified Shorthand Reporter in and for the State of California, No. 12203, Certified Realtime Reporter.

## Page 4

### INDEX

| WITNESS | EXAMINATION | PAGE |
|---|---|---|
| SHUNWEN HUANG | BY MR. GERSON | 6 |

### EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | 30(b)(6) Notice of Deposition | 26 |
| Exhibit 2 | Notice of Depositions | 70 |
| Exhibit 3 | Nexus 7 specifications, Bates ASUSPH_00000079 - 0082 | 74 |
| Exhibit 4 | Asus ZenPad 8.0 specifications, Bates ASUSPH_00025666 - 5667 | 86 |
| Exhibit 5 | Nexus 7 Guidebook, Bates AUSPH_00016383 - 6464 | 89 |
| Exhibit 6 | Asus Tablet eManual, Bates AUSUPH_00029755 - 9860 | 91 |
| Exhibit 7 | Asus Nexus device (retained by Mr. Gerson) | 100 |
| Exhibit 8 | Asus ZenPad device (retained by Mr. Gerson) | 103 |

## Page 3

APPEARANCES:

FITZPATRICK, CELLA, HARPER & SCINTO
Attorneys for Plaintiff
  BY:  CHRISTOPHER M. GERSON, ESQ.
       DANIEL APGAR, ESQ.
  1290 Avenue of the Americas
  New York, New York  10104
  (212) 218-2306
  cgerson@fchs.com
  dapgar@fchs.com

ALSTON & BIRD, LLP
Attorneys for Asus Defendants
  BY:  MICHAEL LEE, ESQ.
  2828 North Harwood Street, Suite 1800
  Dallas, Texas 75201-2139
  (214) 922-3464
  michael.lee@alston.com

WILLIAMS & CONNOLLY LLP
Attorneys for Asus Defendants
  BY: DAVID KRINSKY, ESQ.
  725 Twelfth Street, N.W.
  Washington, D.C. 20005
  (202) 434-5000

Also Present:

  Michael Zhu - Main Interpreter

  Mark Cheng - Check Interpreter

  Yuriko Hwang - Legal Video Specialist
  TransPerfect Legal Solutions
  James Liu - Asus
  Sean Lai - Asus

## Page 5

VIDEOGRAPHER:  This is tape No. 1 of the video deposition of Shunwen Huang in the matter of Koninklikje Philips N.V., U.S. Philips Co., versus Asustek Computer Inc., Asus Computer International, et al., in the U.S. District Court for the District of Delaware, No. 15-1125-GMS.

This deposition is being held at Shangri-La's Far Eastern Plaza Hotel, 201 Dun Hua South Road, Section 2, Taipei, Taiwan 10675, on November 13, 2017, at approximately 10:03.

My name is Yuriko Hwang, from the firm Transperfect Legal Solutions, and I am the legal video specialist.

The court reporter is Mark McClure, in association with Transperfect Legal Solutions.

Will counsel please introduce themselves.

MR. GERSON:  This is Christopher Gerson, from the law firm of Fitzpatrick, Cella, Harper & Scinto, and I'm representing the Philips plaintiffs.

MR. APGAR:  Dan Apgar, also from the law firm of Fitzpatrick, Cella, Harper & Scinto, also representing Philips.

MR. LEE:  Michael Lee, with Alston & Bird, representing the Asus defendants.

MR. KRINSKY:  David Krinksy, of Williams &

Page 14

1    A.  It's Google's web browser.
2    Q.  Chrome is Google's web browser?
3    A.  Chrome is Google's web browser.
4    Q.  And you install Google's web browser onto
5  Android devices, correct?
6    A.  Correct.
7    Q.  Do all of the Asus Android devices that you
8  work on include the Chrome web browser from Google?
9    A.  To my knowledge, yes.
10 [redacted]
...
18   Q.  But do all of the Asus Android devices that
19  you are aware of include YouTube preinstalled?
20   A.  The ones I worked on, yes.
21   Q.  Are you aware of any Asus Android devices that
22  do not have YouTube preinstalled?
23   A.  I don't know any.
24   Q.  So sitting here today, as far as you know, all
25  Asus Android devices in fact have YouTube, correct?

Page 15

1        MR. LEE:  Objection to form.
2    A.  I only know that with respect with the
3  projects I was involved in, they had YouTube.
4    Q.  All of them had YouTube, correct?
5        MR. LEE:  Objection to form.
6    A.  To my recollection, yes.
7    Q.  And do you work on the application Google Play
8  Movies?
9    A.  Yes.
10   Q.  Is Google Play Movies also preinstalled on all
11  of the Asus Android devices that you are aware of?
12       MR. LEE:  Objection to form.
13   A.  The projects I was involved in, to my
14  recollection, that's the case.
15 [redacted]
...
22       MR. LEE:  Objection to form.
[redacted]

Page 16

1 [redacted]
...
5        MR. LEE:  Objection to form.
6 [redacted]
...
10       MR. LEE:  Objection to form.
11 [redacted]
...
19       MR. LEE:  Objection to form.
20 [redacted]
21   Q.  Do you work on the Gmail application and the
22  installation of Gmail on Asus's Android devices?
23       MR. LEE:  Objection to form.
24   A.  Yes.
25   Q.  And have all the devices you've worked on

Page 17

1  which are Asus Android devices have included Gmail?
2    A.  As far as I can recall, the project I worked
3  on all had Gmail.
4 [redacted]
...
7        MR. LEE:  Objection to form.
8 [redacted]
...
12       MR. LEE:  Objection to form.
13 [redacted]
...
16       MR. LEE:  Objection to form.
17 [redacted]
18   Q.  Do you work on the installation of Google Maps
19  onto Asus's Android devices?
20   A.  Yes.
21 [redacted]

Page 34

1  Q. So for now it's fair to say, and maybe we can
2  revisit this a little later, but it's fair to say that
3  you have worked on other devices besides the ones you
4  just mentioned?
5  A. Correct.
6  Q. I guess starting with FLAC, how is it that you
7  know that the Asus projects you've worked on can play
8  back FLAC files?
9  A. To my knowledge, Google provides the FLAC
10 feature.
11 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
12 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
13     MR. LEE: Objection to form.
14 ▬▬▬▬▬▬▬▬▬▬▬▬
15  Q. So the ability to play FLAC files would then
16 be something -- that functionality is something that's
17 provided by Google for Asus's Android devices, correct?
18  A. To my knowledge, most of them, yes.
19  Q. And is it the same for AMR wideband, the
20 ability to play back AMR wideband files, is
21 that -- strike that.
22     I apologize. How do you know that the Asus
23 Android devices that you have worked on can play back
24 AMR wideband audio files?
25  A. Google provided such a feature.

Page 35

1 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
2 ▬▬▬▬▬▬▬▬▬▬▬▬▬
3     MR. LEE: Objection to form.
4 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
5  Q. Let's turn back. I apologize for jumping
6 around. Let's turn back to the topics for which you've
7 been designated.
8     Do you also understand that you are designated
9 to testify about how a user can zoom in on content
10 that's displayed on an Asus Android device?
11     MR. LEE: Objection to form.
12  A. Later on I will testify regarding this topic.
13  Q. And you understand that you are here to
14 testify on Asus's behalf for that topic?
15  A. Yes.
16  Q. And then do you understand that you are here
17 to testify about Asus's Android devices' compliance with
18 Android compatibility definition documents?
19     MR. LEE: Objection to form.
20  A. Later on I will also testify on this topic.
21  Q. Thank you. And you understand that your
22 testimony will be on behalf of Asus for that topic,
23 correct?
24  A. Yes.
25  Q. And then do you understand that you're here to

Page 36

1 testify about the testing of Asus's Android products
2 with the compatibility test suite?
3  A. Are you talking about CTS?
4  Q. I am, yes.
5  A. Later on I will also testify on this topic.
6  Q. And just so I understand, what's your
7 understanding of CTS?
8  A. It is an automatic testing tool provided by
9 Google.
10  Q. And I think I skipped one. Do you understand
11 that you are here -- strike that.
12     Do you understand that you are designated to
13 testify about the use of HDCP 2.x in Asus's Android
14 devices?
15     MR. LEE: Objection to form.
16  A. Later on I will testify on this topic.
17  Q. And do you understand that your testimony will
18 be on behalf of Asus for that topic, correct?
19  A. Yes.
20  Q. So I think you started to tell me about what
21 you did to prepare for today's deposition, and you
22 mentioned that you received this document and then you
23 spoke with some folks at Asus; is that correct?
24  A. Yes.
25  Q. And so who did you speak with?

Page 37

1  A. I spoke with Tingyi, T-i-n-g-y-i.
2  Q. I apologize. Is Tingyi a man or a woman? I
3 just want to make sure I say the right mister or missus.
4  A. A man.
5  Q. What did you speak with Mr. Yi about?
6  A. I asked him about the source of AMR wideband,
7 FLAC, and HDCP 2.x.
8  Q. When you say the "source," what do you mean by
9 that?
10  A. The provider.
11  Q. Who provides that functionality for Asus's
12 products? Is that what you mean by "source"?
13  A. Correct.
14 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬

Page 38

```
 1      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮
10          MR. LEE:  Objection to form.
11       A.  I don't have a recollection.
12      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮
15          MR. LEE:  Same objection.
16      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮
18       Q.  Did you talk to Mr. Yi about anything else
19  besides the sources of AMR wideband, FLAC and HDCP 2.x?
20       A.  Let me think about it.
21       Q.  Sure.  And take whatever time you need to
22  think about it.
23       A.  There's also MPEG-DASH.
24      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮
```

Page 39

```
 1      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 3          MR. LEE:  Objection to form.
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 8          MR. LEE:  Objection to form.
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16          MR. LEE:  Objection to form.
17      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21          MR. LEE:  Objection to form.
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23       Q.  Did Mr. Yi tell you anything else that we
24  haven't gone over so far today?
25       A.  (In English) Let me check.
```

Page 40

```
 1          (In Mandarin)  I think these are the ones.
 2       Q.  Thank you.
 3          So aside from Mr. Yi, who else did you speak
 4  with in preparing for this deposition?
 5       A.  Tery.
 6       Q.  T-e-r-r-y?
 7       A.  T-e-r-y.
 8       Q.  T-e-r-y.  Is that first name?
 9       A.  (In English) First name, yeah, his first name.
10       Q.  Do you know Tery's last name?
11       A.  (In English) Last name is Lin, L-i-n.
12       Q.  And is it Mr. Lin or Mrs. Lin?  I apologize
13  for asking.
14       A.  Mr. Lin.
15       Q.  Thank you.
16          So what did you speak with Mr. Lin about?
17       A.  Rotation.
18       Q.  When you say rotation, do you mean the screen
19  reorientation, the way Asus's Android devices rotated?
20          MR. LEE:  Objection to form.
21       A.  (In English) Let me check.
22          (In Mandarin) I think it is one of the topics
23  in here.
24       Q.  Mr. Huang, let me try to help you.  If you can
25  refer to page 2, it's labeled page 2, and item No. 18.
```

Page 41

```
 1       A.  (In English) Yes.
 2       Q.  Is that what you were referring to?
 3       A.  Yeah.
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10          MR. LEE:  Objection to form.
11      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮
21          MR. LEE:  Objection to form.
22      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```

Page 125

IN THE UNITED STATES DISTRICT COURT.
FOR THE DISTRICT OF DELAWARE

KONINKLIJKE PHILIPS N.V.,        )
U.S. PHILIPS CORPORATION,        )
                                 )
       Plaintiffs,               )
                                 )
   v.                            )    Case No: 15-1170-GMS
                                 )
ASUSTEK COMPUTER, INC.           )
ASUS COMPUTER INTERNATIONAL,     )
                                 )
       Defendants.               )
_____ )

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Videotaped Deposition of  SHUNWEN HUANG

Volume II

Taipei, Taiwan

Tuesday, November 14, 2017

Reported by:

Mark McClure, CRR, CSR No. 12203

Job no: 19928

Page 126

November 14, 2017
10:03 a.m.

Videotaped deposition of SHUNWEN HUANG, VOLUME II, in his personal capacity and as Person Most Knowledgeable, AsusTek, held at Shangri-La's Far Eastern Plaza Hotel, 201 Tun Hua South Road, Section 2, Taipei, 10675, Taiwan, pursuant to Notice before MARK McCLURE, Certified Shorthand Reporter in and for the State of California, No. 12203, Certified Realtime Reporter.

Page 127

APPEARANCES:

FITZPATRICK, CELLA, HARPER & SCINTO
Attorneys for Plaintiff
  BY: CHRISTOPHER M. GERSON, ESQ.
      DANIEL A. APGAR, ESQ.
  1290 Avenue of the Americas
  New York, New York 10104
  (212) 218-2306
  cgerson@fchs.com
  dapgar@fchs.com

ALSTON & BIRD, LLP
Attorneys for Asus Defendant
  BY: MICHAEL LEE, ESQ.
  2828 North Harwood Street, Suite 1800
  Dallas, Texas 75201-2139
  (214) 922-3409
  michael.lee@alston.com

WILLIAMS & CONNOLLY, LLP
Attorneys for Asus Defendant
  BY: DAVID KRINSKY, ESQ.
  725 Twelfth Street, N.W.
  Washington, D.C. 20005
  (202) 434-5000
  dkrinsky@wc.com

Also Present:

  Michael Zhu - Main Interpreter

  Mark Cheng - Check Interpreter

  Yuriko Hwang - Legal Video Specialist
  TransPerfect Legal Solutions
  Ricky Liao - Asus
  Darren Lee - Asus

Page 128

INDEX

WITNESS        EXAMINATION        PAGE
SHUNWEN HUANG
    BY MR. GERSON              130


E X H I B I T S

NUMBER        DESCRIPTION        PAGE
Exhibit 9    Mobile Application Distribution    185
             Agreement, Bates ASUPH_00033285 -
             3306
Exhibit 10   MeMO Pad e-Manual, Bates           218
             AUSUPH_00016291 - 6382

Exhibit 11   Compatibility Definition, Android  222
             6.0, Bates ASUSPH_00054797 - 4870
Exhibit 12   Compatibility Definition, Android  235
             7.0, Bates ASUSPH_00061074 - 1158

Exhibit 13   Android 4.0 Compatibility          236
             document, Bates ASUSPH_00107548 -
             7573

Exhibit 14   Compatibility Definition, Android  237
             5.1, Bates ASUPH_00060151 - 0212
Exhibit 15   Spreadsheet, Bates                 238
             ASUSPH_00047722

Page 129

VIDEOGRAPHER: This is tape No. 1 of the videotape deposition of Shunwen Huang, Volume II, in the matter of Koninklikje Philips N.V., U.S. Philips Co. versus AsusTek Computer, Inc., Asus Computer International, et al., in the U.S. District Court for the District of Delaware, No. 15-1125 -GMS.

This deposition is being held as Shangri-La's Far Eastern Plaza Hotel, 201 Dun Hua South Road, Section 2, Taipei, 10675, on November 14, 2017, at approximately 10:03.

My name is Yuriko Hwang, from the firm TransPerfect Litigation Solutions and I'm the legal video specialist.

The court reporter is Mark McClure, in association with TransPerfect Litigation Solutions.

Will counsel please introduce themselves.

MR. GERSON: This is Christopher Gerson. I'm from the law firm of Fitzpatrick, Cella, Harper & Scinto, and I represent the Philips plaintiffs.

MR. APGAR: Dan Apgar, also from Fitzpatrick, Cella, Harper & Scinto, also representing Philips.

MR. LEE: Michael Lee, with Alston & Bird, representing the Asus defendants.

MR. KRINSKY: David Krinsky, of Williams & Connolly, LLC, also representing the Asus defendants.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Page 134

```
 1  It's page 74 of the Nexus 7 guidebook, so it's towards
 2  the back.  Please let me know when you're there.
 3      A.  Are you talking about this page (indicating)?
 4      Q.  Yes, I am.
 5          And as you recall yesterday, we spoke about
 6  the sensors that are listed for the Nexus 7 in the
 7  guidebook.
 8          Do you recall that?
 9      A.  I have a recollection of that.
10      Q.  And the first sensor that's listed in the
11  Nexus 7 guidebook is accelerometer.
12          Do you see that?
13      A.  Yes.
14      Q.  And so when Mr. Apgar rotated the Nexus 7
15  device, you agree that the accelerometer sensed that
16  rotation, correct?
17          MR. LEE:  Objection to form.
18      A.  I'm not familiar with the principle of
19  operation of the sensors.  Just now, I only saw there
20  was a motion of rotation.
21      Q.  Accelerometers measure acceleration, correct?
22          MR. LEE:  Objection.  Form.
23      A.  To my knowledge, that should be the case.
24      Q.  And if a device is still and then it's moving,
25  that means there was an acceleration on the device,
```

Page 135

```
 1  correct?
 2      A.  To my understanding, that should be the case.
 3      Q.  And in the demonstration that we saw from
 4  Mr. Apgar, the device was first still and then it was
 5  moving, correct?
 6      A.  Yes.
 7      Q.  And since the accelerometers measure
 8  acceleration, they would sense the acceleration on the
 9  device imparted by Mr. Apgar, is that correct?
10          MR. LEE:  Objection to form.
11      A.  I think the rotation demonstrate earlier had
12  acceleration.  Whether this gravity sensor received this
13  event or not, I'm not very sure, but I did see he
14  performed a rotation, that's correct.
15      Q.  And you do agree that the accelerometer and
16  the other sensors in the Nexus 7 are integrated within
17  the device, correct?
18          MR. LEE:  Objection.  Form.
19      A.  According to the description in the
20  specification, it should be included in the device.
21      Q.  And when there was the rotation of the device,
22  the acceleration that we spoke about earlier, the whole
23  device, including the screen, is accelerating, correct?
24          MR. LEE:  Objection.  Form.
25      A.  To my knowledge, the rotation performed
```

Page 136

```
 1  earlier causing the whole device to have an
 2  acceleration.
 3      Q.  Including the screen, correct?
 4      A.  To my understanding, that should be the case.
 5  ███████████████████████████████████████████████████████
 6  ███████████████████████████████████████████████████████
 7  ███████████████████████████████████████████████████████
 8  ███████████████████████████████████████████████████████
 9          MR. LEE:  Objection.  Form.
10  ███████████████████████████████████████████████████████
11  ███████████████████████████████████████████████████████
12  █   ███████████████████████████████████████████████████
13  █   ███████████████████████████
14  █   ███████████████████████████████████
15  █   ███████████████████████████████████████████████████
16  █   ███████████████████████████████████████████████████
17      ███████████████████████████████████████████████
18          MR. LEE:  Objection.  Form.
19  ███████████████████████████████████████████████████████
20  ███████████████████████████████████████████████████████
21  ███████████████████████████████████
22  █   ███████████████████████████████████████████████████
23  ███████████████████████████████████████████████████████
24          MR. LEE:  Objection.  Form.
25  ███████████████████████████████████████████████████████
```

Page 137

```
 1  ███████████████████████████████████████████████████████
 2  ███████████████████████████████████████████████
 3  ███████████████████████████████████████████████████████
 4  ███████████████████████████████████████████████████████
 5  ███████████████████████████████████████████████████████
 6  ███████████████████████████████
 7          MR. LEE:  Objection to form.
 8  ███████████████████████████████████████████████████████
 9  ███████████████████████████████████████████████████████
10  ███████████████████████████████████████████████████████
11      Q.  And so if we were to look at, for example,
12  Exhibit 8, which is the other device we looked at
13  yesterday, you recall that that was the Asus ZenPad 8
14  device, correct?
15      A.  Yes.
16      Q.  And we agreed yesterday that the Asus ZenPad
17  8, which is Exhibit 8, is also an Asus Android device,
18  right?
19          MR. LEE:  Objection to form.
20      A.  It appears to be such, yes.
21      Q.  And so, therefore, it should have
22  the -- strike that.
23          You would expect it to have the same screen
24  reorientation functionality that we saw in the Asus
25  Nexus 7 device, correct?
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Page 174

1  Q. Thank you.
2     And so before the break you recall we were
3  talking about the scrolling functionalities present in
4  the Asus Nexus 7, correct?
5  A. Yes.
6  [REDACTED]
9     MR. LEE: Objection. Form.
10 [REDACTED]
13    MR. LEE: Objection. Form.
14 [REDACTED]
15 Q. So if we were to look at another Asus Android
16 device such as the ZenPad which has been marked as
17 Exhibit 8, it would have that same scrolling
18 functionality present as well, correct?
19    MR. LEE: Objection to form.
20 [REDACTED]
23 Q. And I think yesterday we looked and determined
24 that it does have Android operating system.
25    Do you recall that?

Page 175

1  A. Yesterday? Which one?
2  Q. So if we could look at Exhibit 8, which is the
3  ZenPad device, and I'll ask my colleague, Mr. Apgar, to
4  turn on the device and go to the "About" screen.
5     I believe we looked at this yesterday, but
6  Mr. Huang, you can confirm that the Asus ZenPad which
7  has been marked as Exhibit 8 has Android operating
8  system?
9  A. That's what the device displays, that's
10 correct.
11 Q. So let's return to Exhibit 7, which is the
12 Asus Nexus device. And Mr. Huang, do you see that once
13 again my colleague, Mr. Apgar, has loaded up the web
14 browser on the Nexus 7 and it's displaying a web page?
15 A. Yes.
16 Q. And now what I'm going to ask my colleague,
17 Mr. Apgar, to do is to triple-tap on a location in the
18 web browser.
19    And Mr. Huang, did you see that the web
20 browser zoomed in on the web page being displayed after
21 Mr. Apgar triple-tapped?
22    MR. LEE: Objection. Form.
23 A. According to the demonstration, it appears to
24 be so.
25    MR. GERSON: And, Mr. Apgar, could you now

Page 176

1  click on a selected hyperlink that is being displayed at
2  this second enlarged scale.
3     MR. LEE: Objection. Form.
4  Q. Mr. Huang, would you agree that Mr. Apgar was
5  able to click on or, excuse me, tap on a link that was
6  displayed as part of the zoomed-in version of the web
7  page and when Mr. Apgar selected that link, a new web
8  page is loaded?
9  A. According to the demonstration just now, it
10 appears to be so.
11    MR. GERSON: And so now, Dan, what I'd like
12 you to do is to use two fingers together to move the web
13 page and what's displayed on the screen.
14 Q. And, Mr. Huang, you would agree as my
15 colleague, Mr. Apgar, moved his fingers, what's
16 displayed in that box on the edge of the screen also
17 moves?
18    MR. LEE: Objection. Form.
19 A. According to the demonstration just now, the
20 image on the screen also moved along with the fingers.
21 Q. And Mr. Huang, could you see that there's a
22 border around what's being displayed on the screen at
23 the edge of the screen?
24 A. Yes.
25    MR. GERSON: And now, Dan, if you could

Page 177

1  triple-tap again to zoom back out.
2  Q. And do you see that once Mr. Apgar zoomed back
3  out, that there no longer is that border that was
4  previously displayed?
5     MR. LEE: Objection to form.
6  A. It seems that what he demonstrated was the
7  whole image on the screen zoomed out.
8  Q. And when we were zoomed in, the image was --
9  there was a border that surrounded the image, correct, a
10 colored box?
11    MR. LEE: Objection to form.
12    MR. GERSON: Dan, maybe if you can triple-tap
13 again.
14 Q. Mr. Huang, do you notice that when the device
15 zooms in, the zoomed-in image is bordered by a colored
16 box?
17 A. Are you talking about this, similar to the
18 blue color?
19 Q. Yes, yes. There is a blue box that surrounds
20 the zoomed-in image, correct?
21 A. From his demonstration, I do see a blue frame
22 around the image.
23 Q. There's a blue frame that surrounds the
24 zoomed-in image, correct?
25 A. Yes.

14 (Pages 174 to 177)

Page 178

1  Q. It's like a window that surrounds the
2  zoomed-in image, correct?
3  A. It seems that there's a frame surrounding the
4  zoomed-in image.
5      MR. GERSON: And then, Mr. Apgar, if you can
6  triple-tap to zoom back out.
7  Q. The blue window that surrounded the image is
8  no longer there once you zoom back out, correct?
9  A. From his demonstration, I can tell that the
10 blue frame disappeared.
11 Q. Thank you.
12     And thank you, Dan, you can set the device
13 aside.
14 [redacted]
18     MR. LEE: Objection to form.
19 [redacted]
25     MR. LEE: Objection to form.

Page 179

1 [redacted]
2  Q. And when Mr. Apgar triple-tapped and the image
3  was zoomed in, you agree that the text displayed got
4  larger, correct?
5  A. Based on the demonstration just now, it
6  appears to be so.
7  Q. And that might be helpful, for example, for
8  someone with a vision impairment to be better able to
9  see what's displayed on the screen, correct?
10     MR. LEE: Objection to form.
11 A. To my understanding, if a user wants to
12 enlarge a certain thing, then this is the method used in
13 Google Android operating system.
14     MR. LEE: Counsel, just for our better
15 understanding of what's going on, was there any changes
16 to the settings in relation to the demonstration you
17 just did with that device?
18     MR. GERSON: Oh, that's a good point. We
19 should ask him about that.
20     Sorry, Dan, we're going to have to ask you to
21 demonstrate a little more.
22 Q. Could you turn back to Exhibit 4, please,
23 which is the Nexus guidebook. And could you please turn
24 to the page of Exhibit 4, it's page 68, and it's Bates
25 stamped ASUSPH_00016455.

Page 180

1      Do you see that this is labeled
2  "Accessibility"?
3  A. Yes.
4  Q. If we turn to the next page, which is Bates
5  stamped ASUSPH_00016456.
6      Do you see that?
7  A. Yes.
8  Q. And here I think we talked about this already,
9  but the Asus user manual teaches that to try
10 magnification gestures, go to "Settings,"
11 "Accessibility," "Magnification Gestures."
12     Do you see that?
13     MR. LEE: Objection to form.
14 A. It seems that this document is talking about
15 that, this.
16 Q. So if Mr. Apgar could show you the Nexus
17 device, do you see that what's on there is the
18 magnification gestures menu which is referenced on page
19 69 of the Nexus guidebook?
20     MR. LEE: Objection to form.
21 A. It seems that what's indicated in this
22 document is the same thing as shown on the device.
23 Q. And you'll see that the magnification
24 gestures, that the option has been turned on on the
25 Nexus device.

Page 181

1      Do you see that?
2  A. It seems that in this device that option is
3  turned on.
4  Q. So you would agree that we were able to use
5  the instructions provided in the user guide to turn that
6  feature on, correct?
7      MR. LEE: Objection to form.
8  A. It seems that that option can be turned on,
9  based on the instructions on this document.
10 Q. And this magnification gesture feature that we
11 see here and that Mr. Apgar demonstrated, that would
12 work the same for all Asus Android devices since it's
13 provided by the Google operating system, correct?
14     MR. LEE: Objection. Form.
15 [redacted]
25 Q. And so, for example, if we were to look at