Christina McCullough, Bar No. 245944
CMcCullough@perkinscoie.com
Theresa H. Nguyen, Bar No. 284581
RNguyen@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Chad S. Campbell, Bar No. 258723
CCampbell@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

Patrick J. McKeever, Bar No. 268763
PMcKeever@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

Tiffany P. Cunningham
TCunningham@perkinscoie.com
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603
Telephone: (312) 324-8400
Facsimile: (312)324-9400

Sarah E. Stahnke, Bar No. 264838
SStahnke@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

*Attorneys for Microsoft Corporation and Microsoft Mobile Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ACER INC., and ACER AMERICA CORPORATION,<br><br>Defendants | Case No.: 4:18-cv-01885-HSG<br>(and related cases)<br><br>JURY TRIAL DEMANDED<br><br>**ORDER DENYING MICROSOFT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLY** |

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| Intervenor-Plaintiff, | ) ) ) |
| v. | ) ) |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) ) ) |
| Intervenor-Defendants. | ) ) |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) ) ) |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, | ) ) ) ) |
| v. | ) ) |
| MICROSOFT CORPORATION, | ) ) |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention, | ) ) ) |
| AND | ) |
| MICROSOFT MOBILE INC., | ) ) |
| Counterclaim Defendant in Intervention. | ) ) ) |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ASUSTEK COMPUTER INC., and ASUS COMPUTER INTERNATIONAL, | ) ) ) |
| Defendants. | ) ) |

Related Case No.: 4:18-cv-01886-HSG

JURY TRIAL DEMANDED

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| Intervenor-Plaintiff, | ) |
| v. | ) |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) |
| Intervenor-Defendants. | ) |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, | ) |
| v. | ) |
| MICROSOFT CORPORATION, | ) |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention, | ) |
| AND | ) |
| MICROSOFT MOBILE INC., | ) |
| Counterclaim Defendant in Intervention. | ) |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) |
| Plaintiffs, | ) Related Case No.: 4:18-cv-01888-HSG |
| v. | ) JURY TRIAL DEMANDED |
| VISUAL LAND, INC., | ) |
| Defendant. | ) |

ORDER DENYING ADMIN. MOTION FOR LEAVE TO FILE SURREPLY, CASE NOS. 18-cv-01885-HSG; 18-cv-01886-HSG; 18-cv-01888-HSG; 18-cv-01890-HSG

| | | |
|---|---|---|
| 1 | MICROSOFT CORPORATION, ) | |
| 2 | ) | |
| | Intervenor-Plaintiff, ) | |
| 3 | v. ) | |
| 4 | ) | |
| | KONINKLIJKE PHILIPS N.V. and ) | |
| 5 | U.S. PHILIPS CORPORATION, ) | |
| 6 | Intervenor-Defendants. ) | |
| 7 | KONINKLIJKE PHILIPS N.V., and ) | |
| | U.S. PHILIPS CORPORATION, ) | |
| 8 | ) | |
| 9 | Intervenor- ) | |
| | Defendants/Counterclaim Plain- ) | |
| 10 | tiffs in Intervention, ) | |
| 11 | v. ) | |
| 12 | MICROSOFT CORPORATION, ) | |
| 13 | Intervenor- ) | |
| | Plaintiff/Counterclaim Defend- ) | |
| 14 | ant in Intervention, ) | |
| 15 | AND ) | |
| 16 | MICROSOFT MOBILE INC., ) | |
| 17 | Counterclaim Defendant in In- ) | |
| 18 | tervention. ) | |
| 19 | ) | |
| | KONINKLIJKE PHILIPS N.V., and ) | |
| 20 | U.S. PHILIPS CORPORATION, ) | |
| 21 | Plaintiffs, ) | Related Case No.: 4:18-cv-01890-HSG |
| | v. ) | |
| 22 | ) | JURY TRIAL DEMANDED |
| | YIFANG USA, INC. D/B/A E-FUN, INC., ) | |
| 23 | Defendant. ) | |
| 24 | | |

ORDER DENYING ADMIN. MOTION FOR LEAVE TO FILE SURREPLY, CASE NOS. 18-cv-01885-HSG; 18-cv-01886-HSG; 18-cv-01888-HSG; 18-cv-01890-HSG

| | | |
|---|---|---|
| 1 | MICROSOFT CORPORATION, | ) |
| 2 | Intervenor-Plaintiff, | ) ) ) |
| 3 | v. | ) ) |
| 4 | KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) ) ) |
| 5 | | ) ) |
| 6 | Intervenor-Defendants. | ) ) |
| 7 | KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) ) ) |
| 8 | | ) ) |
| 9 | Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, | ) ) ) |
| 10 | | ) ) |
| 11 | v. | ) ) |
| 12 | MICROSOFT CORPORATION, | ) ) |
| 13 | Intervenor-Plaintiff/Counterclaim Defendant in Intervention, | ) ) ) |
| 14 | | ) ) |
| 15 | AND | ) ) |
| 16 | MICROSOFT MOBILE INC., | ) ) |
| 17 | Counterclaim Defendant in Intervention. | ) ) ) |
| 18 | | ) |

ORDER DENYING ADMIN. MOTION FOR LEAVE TO FILE SURREPLY, CASE NOS. 18-cv-01885-HSG; 18-cv-01886-HSG; 18-cv-01888-HSG; 18-cv-01890-HSG

# **ORDER**

This matter comes before the Court on Microsoft Corporation and Microsoft Mobile, Inc.'s Administrative Motion for Leave to File Surreply in Support of Opposition and Cross-Motion to Sever Claims Against Microsoft. Upon consideration of the Motion, IT IS HEREBY **DENIED**.

**IT IS SO ORDERED.**

Dated: **September 5, 2018**

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE