UNITED STATES DISTRICT COURT

                          NORTHERN DISTRICT OF CALIFORNIA

KONINKLIJKE PHILIPS N.V., et al.,       )
                                        )  Case No: 4:18-cv-1886-HSG
                                        )
              Plaintiff(s),             )
                                        )  **APPLICATION FOR**
   v.                                   )  **ADMISSION OF ATTORNEY**
                                        )  **PRO HAC VICE**
                                        )  (CIVIL LOCAL RULE 11-3)
ASUSTEK COMPUTER INC., et al.,          )
                                        )
              Defendant(s).             )

   I, ___Sang (Michael) Lee___, an active member in good standing of the bar of ___Texas___, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: ASUSTeK COMPUTER INC. & ASUS COMPUTER INT'L in the above-entitled action. My local co-counsel in this case is ___Xavier Brandwajn___, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
| --- | --- |
| Alston & Bird LLP<br>2828 N. Harwood Street, Suite 1800<br>Dallas, TX 75201 | Xavier Brandwajn, Alston & Bird LLP,<br>1950 University Avenue, 5th Floor,<br>East Palo Alto, CA 94303 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (214) 922-3464 | (650) 838-2000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| michael.lee@alston.com | xavier.brandwajn@alston.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24083378 (Texas).

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: October 15, 2018

                                              _____/s/ Sang Lee_____
                                                      APPLICANT

                       ORDER GRANTING APPLICATION
                  FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of ___Sang (Michael) Lee___ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/15/2018

                                              _____/s/ Haywood S. Gilliam, Jr._____
                                              UNITED STATES DISTRICT / ~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                      *October 2012*

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 20, 2018

Re: Sang Lee, State Bar Number 24083378

To Whom It May Concern:

This is to certify that Sang Lee was licensed to practice law in Texas on November 02, 2012, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel
LA/web